IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:16-CV-1161 |
| | ) | |
| Kristine L. Sourbeer | ) | |
| | ) | |
|     Defendant | ) | |

ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on June 15, 2016; That the summons and complaint were duly served upon the defendant, Kristine L. Sourbeer, on June 26, 2016, and no answer or other pleading having been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant, Kristine L. Sourbeer, as provided in Rule 55(a), Federal Rules of Civil Procedure.

                                              Peter Welsh, Acting Clerk

                                              By: <u>S/Mark J. Armbruster</u>
                                                      Deputy Clerk