UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 1:16-CV-1161 |
| | : | |
| KRISTINE L. SOURBEER, | : | |
| Defendant | : | |

*O R D E R*

AND NOW, this 6th day of June, 2017, upon consideration of Plaintiff's motion for confirmation of public sale (Doc. 15), which states that notice has been given to all lien holders of record and no objection has been made to the sale within thirty (30) days, it is ORDERED that:

1. The public sale held on January 5, 2017 is confirmed and the interests of all lien holders are divested.

2. The Marshal shall execute and deliver to Purchaser PA Property Consultants, LLC, and their successors and assigns, a sufficient deed conveying all the right, title, and interest of Defendant Kristine L. Sourbeer in and to the premises sold located at 104C Middle Street, York Springs, PA 17372.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of recording charges and expenses.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge